FILED

07/28/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0108

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 22-0108

_____

| | | |
|---|---|---|
| Lung Green, | ) | |
| | ) | |
| Plaintiff and Appellant, | ) | |
| | ) | |
| vs. | ) | Order |
| | ) | |
| City of Great Falls and Montana Municipal | ) | |
| Interlocal Authority | ) | |
| | ) | |
| Defendants and Appellees. | ) | |

_____

Based on the Stipulation re the Dismissal of Appeal, signed by all parties,

this appeal is dismissed with prejudice; each party to bear their own costs and

attorney fees.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 28 2022